**FILED**
October 28, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BARBARA MIDDLETON, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:11-mj-321 GGH <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Barbara Middleton</u>; Case <u>2:11-mj-321 GGH</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__    Release on Personal Recognizance

__    Bail Posted in the Sum of _____

_X_   Unsecured Appearance Bond in the amount of $25,000.00, co-signed by Betty Favors and Stanley Middleton.

__    Appearance Bond with 10% Deposit

__    Appearance Bond secured by Real Property

__    Corporate Surety Bail Bond

_X_   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>10/28/2011</u> at <u>3:15 pm</u>

By _____
Kendall J. Newman
United States Magistrate Judge